# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __19-1434__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Haynes Investmetns, LLC, L. Stephen Haynes, Sovereign Business Solutions, LLC _____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)  [ ] movant(s)

/s/ David N. Anthony
(signature)

Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage My Account.

| David N. Anthony | (804) 697-1200 |
| Name (printed or typed) | Voice Phone |

| Troutman Sanders LLP | (804) 697-1339 |
| Firm Name (if applicable) | Fax Number |

1001 Haxall Point

| P.O. Box 1122, Richmond, VA 23218-1122 | david.anthony@troutman.com |
| Address | E-mail address (print or type) |

## CERTIFICATE OF SERVICE

I certify that on __5/7/2019__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

/s/ David N. Anthony                                     May 7, 2019
Signature                                                        Date

02/16/2018 SCC