UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1434
(3:18-cv-00048-MHL)

_____

DARLENE GIBBS; STEPHANIE EDWARDS; LULA WILLIAMS; PATRICK INSCHO; LAWRENCE MWETHUKU, on behalf of themselves and all individuals similarly situated

   Plaintiffs - Appellees

v.

HAYNES INVESTMENTS, LLC; L. STEPHEN HAYNES; SOVEREIGN BUSINESS SOLUTIONS, LLC

   Defendants - Appellants

and

VICTORY PARK CAPITAL ADVISORS, LLC; VICTORY PARK MANAGEMENT, LLC; SCOTT ZEMNICK; JEFFREY SCHNEIDER; THOMAS WELCH

   Defendants

--------------------------------

NATIVE AMERICAN FINANCIAL SERVICES ASSOCIATION

   Amicus Supporting Appellants

AMERICAN ASSOCIATION FOR JUSTICE

   Amicus Supporting Appellees

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Chief Judge Gregory, Judge Motz, and Judge Agee.

For the Court

/s/ Patricia S. Connor, Clerk